

# Fourth Court of Appeals
## San Antonio, Texas

April 24, 2013

No. 04-12-00840-CR

Fernando Lerma **TREVINO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 08-03-0110-CRA
Honorable Fred Shannon, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice

Patricia O. Alvarez, Justice

Luz Elena D. Chapa, Justice

Because two volumes of the reporter's record are missing from the appellate record, on March 4, 2013, we abated this appeal and remanded the cause to the trial court to determine whether Appellant is entitled to a new trial. *See* TEX. R. APP. P. 34.6(f). We ordered the trial court to hold a hearing, gather evidence on four questions pertaining to the lost volumes, and file findings of fact. The trial court held a hearing on April 8, 2013, developed a record, and made findings of fact. The supplemental clerk's and reporter's records for the hearing have been filed with this court.

The record shows the trial court found that the parties would not be able to agree on a complete reporter's record.

We REINSTATE this appeal on this court's docket. We ORDER Appellant to file a brief with this court within twenty days of the date of this order stating whether Appellant is entitled to a new trial. *See id.* We ORDER the State to file a brief on the same question within twenty days after Appellant files his brief.

It is so **ORDERED** on the 24th day of April, 2013.

**PER CURIAM**

ATTESTED TO:

Keith E. Hottle
Clerk of Court

.

